NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN HENRY BROWN,                    )
                                     )
      Appellant,                     )
                                     )
v.                                   )          Case No. 2D18-4592
                                     )
STATE OF FLORIDA,                    )
                                     )
      Appellee.                      )
_____ )

Opinion filed June 19, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Lee County; Nicholas R. Thompson,
Judge.

John Henry Brown, pro se.

PER CURIAM.

      Affirmed.  See Davis v. State, 235 So. 3d 320 (Fla. 2018); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Brown v. State, 56 So. 3d 2 (Fla. 2d DCA 2011) (table decision); Doby v. State, 25 So. 3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Valdez-Garcia v. State, 965 So. 2d 318 (Fla. 2d DCA 2007); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001); Luchak v. State, 606 So. 2d 494 (Fla. 4th DCA 1992).

SILBERMAN, BLACK, and SMITH,JJ., Concur.